MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CHARLES GOODMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:17-CR-0023 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) MODIFYING THE SCHEDULE |
| | ) FOR Mr. GOODMAN'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| CHARLES GOODMAN, | ) OF NOVEMBER 29, 2018 |
| | ) |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| ===============================) | |

Defendant Charles Goodman is requesting a three-week continuance of his sentencing hearing, which is presently set for November 8, 2018. AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Lynda Moore, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: November 29, 2018

Reply, or Statement of Non-opposition: November 21, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 15, 2018

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: November 8, 2018

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: November 1, 2018

-1-

The proposed Presentence Report shall be disclosed to counsel no later than: October 18, 2018

Dated: October 3, 2018                             Respectfully submitted,

                                                 /s/ Michael D. Long
                                               MICHAEL D. LONG
                                               Attorney for Charles Goodman

Dated: October 3, 2018                             McGREGOR SCOTT
                                               United States Attorney

                                               /s/ Jason Hitt
                                               JASON HITT
                                               Assistant U.S. Attorney

## **ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Goodman's pre-sentence report is amended as follows:

Judgment and Sentencing Date: November 29, 2018, at 9;30 a.m.

Reply, or Statement of Non-opposition: November 21, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 15, 2018

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: November 8, 2018

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: November 1, 2018

The proposed Presentence Report shall be disclosed to counsel no later than: October 18, 2018

Dated: October 3, 2018

                                               Troy L. Nunley
                                               United States District Judge