MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CHARLES GOODMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br><br><br>CHARLES GOODMAN,<br><br>　　　　　　　Defendant.<br>==============================) | ) No. 17-cr-00023 TLN<br>)<br>) STIPULATION AND ORDER<br>) MODIFYING THE SCHEDULE<br>) FOR Mr. GOODMAN'S PRE-SENTENCE<br>) REPORT FOR A NEW SENTENCING DATE<br>) OF JANUARY 10, 2019<br>)<br>) Judge: Hon. Troy L. Nunley |

Defendant Charles Goodman is requesting a three-week continuance of his sentencing hearing, which is presently set for November 29, 2018.  AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Lynda Moore, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: January 10, 2019

Reply, or Statement of Non-opposition: January 3, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: December 27, 2018

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: December 20, 2018

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: December 13, 2018

The proposed Presentence Report shall be disclosed to counsel no later than: November 29, 2018

Dated:  November 21, 2018                    Respectfully submitted,

                                             /s/ Michael D. Long
                                             MICHAEL D. LONG
                                             Attorney for Charles Goodman

Dated:  November 21, 2018                    McGREGOR SCOTT
                                             United States Attorney

                                             /s/ Jason Hitt
                                             JASON HITT
                                             Assistant U.S. Attorney

                                    ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. Goodman's pre-sentence report is amended as follows:

Judgment and Sentencing Date: January 10, 2019 at 9:30 A.M.

Reply, or Statement of Non-opposition: January 3, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: December 27, 2018

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: December 20, 2018

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: December 13, 2018

The proposed Presentence Report shall be disclosed to counsel no later than: November 29, 2018

Dated:  November 26, 2018

                                             Troy L. Nunley
                                             United States District Judge