MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CHARLES GOODMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:17-CR-0023 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) FOR A NEW SENTENCING DATE |
| | ) FOR MR. GOODMAN OF |
| | ) FEBRUARY 28, 2019 |
| CHARLES GOODMAN, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| ==============================) | |

Defendant Charles Goodman is requesting a continuance of his sentencing hearing, which is presently set for January 10, 2019, to a new date of February 28, 2019. AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Lynda Moore, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: February 28, 2019

Reply, or Statement of Non-opposition: February 21, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: February 14, 2019

The Amended Presentence Report shall be filed with the Court and disclosed to the parties no later than: February 7, 2019

Dated: January 3, 2019                     Respectfully submitted,

                                                   /s/ Michael D. Long
                                                   MICHAEL D. LONG
                                                   Attorney for Charles Goodman

Dated: January 3, 2019                           McGREGOR SCOTT
                                                 United States Attorney

                                                 /s/ Jason Hitt
                                                 JASON HITT
                                                 Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Goodman's pre-sentence report is amended as follows:

Judgment and Sentencing Date: February 28, 2019, at 9:30 a.m.

Reply, or Statement of Non-opposition: February 21, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: February 14, 2019

The Amended Presentence Report shall be filed with the Court and disclosed to the parties no later than: February 7, 2019

Dated: January 3, 2019

Troy L. Nunley
United States District Judge