MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CHARLES GOODMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 17-23 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER FOR A NEW SENTENCING DATE |
| | ) FOR Mr. GOODMAN OF |
| | ) March 14, 2019 |
| CHARLES GOODMAN, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

Defendant Charles Goodman is requesting a continuance of his sentencing hearing, which is presently set for February 28, 2019, to a new date of March 14, 2019. Mr. Long will be in the People v. Reyna jury trial in Department 12 of the Sacramento County Superior Court (Judge Gilliard) on February 28, 2018. The Reyna trial will not be in session the week of March 14th. AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Lynda Moore, on behalf of the United States Probation Office, have no objection to the requested continuance.

Dated: February 18, 2019                     Respectfully submitted,

                                             /s/ Michael D. Long
                                             MICHAEL D. LONG
                                             Attorney for Charles Goodman


Dated: February 18, 2019                     McGREGOR SCOTT
                                             United States Attorney

                                             /s/ Jason Hitt
                                             JASON HITT
                                             Assistant U.S. Attorney

-1-

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Goodman's sentencing shall be heard on the new date of March 14, 2019.

Dated: February 19, 2019

Hon. TROY L. NUNLEY
United States District Court Judge