MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CHARLES GOODMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:17-cr-0023 TLN |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | FOR A NEW SENTENCING DATE |
| ) | FOR Mr. GOODMAN OF |
| ) | MAY 16, 2019 |
| CHARLES GOODMAN, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Troy L. Nunley |
| ==============================) | |

Defendant Charles Goodman is requesting a continuance of his sentencing hearing, which is presently set for March 14, 2019, to a new date of May 16, 2019. Mr. Long is continuing to gather information to be used in the sentencing hearing. Additionally, will be in the People v. Reyna jury trial in Department 12 of the Sacramento County Superior Court (Judge Gilliard) through the end of March, 2019, followed by the jury trial of US v. Rodriguez in Judge Mendez's court for several weeks commending on April 15, 2019. AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Lynda Moore, on behalf of the United States Probation Office, have no objection to the requested continuance.

Dated: March 8, 2019                    Respectfully submitted,

                                        /s/ Michael D. Long
                                        MICHAEL D. LONG
                                        Attorney for Charles Goodman

///

///

-1-

Dated: March 8, 2019

McGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Goodman's sentencing shall be heard on the new date of May 16, 2019, at 9:30 a.m.

Dated: March 8, 2019

Troy L. Nunley
United States District Judge