MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CHARLES GOODMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 17-23 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER FOR A NEW SENTENCING DATE |
| | ) FOR Mr. GOODMAN OF |
| | ) July 18, 2019 |
| CHARLES GOODMAN, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| ===============================) | |

Defendant Charles Goodman is requesting a continuance of his sentencing hearing, which is presently set for May 16, 2019, to a new date of July 18, 2019. Mr. Long is continuing to gather information to be used in the sentencing hearing. Mr. Long will be in the People v. Charles Goodman homicide jury trial in Sacramento County Superior Court from May 7, 2019, through the end of June, 2019. AUSA Jason Hitt, on behalf of the United States Attorney's Office, and USPO Lynda Moore, on behalf of the United States Probation Office, have no objection to the requested continuance.

Dated: April 26, 2019                    Respectfully submitted,

                                         /s/ Michael D. Long
                                         MICHAEL D. LONG
                                         Attorney for Charles Goodman

Dated: April 26, 2019                    McGREGOR SCOTT
                                         United States Attorney

                                         /s/ Jason Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney

-1-

**ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Goodman's sentencing shall be heard on the new date of July 18, 2019.

Dated: April 26, 2019

Troy L. Nunley
United States District Judge