McGREGOR W. SCOTT
United States Attorney
JASON HITT
CAMERON L. DESMOND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHARLES RAY GOODMAN,<br><br>　　　　　　　　Defendant. | CASE NO. 2:17-CR-00023-TLN<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.　Defendant Charles Goodman filed a motion for reduction in sentence and compassionate release on August 13, 2020. Docket No. 168. Pursuant to local rule, the government's response is due by August 20, 2020, and any reply due August 24, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2.　Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 168, be due on September 1, 2020; and

    b) The defense reply, if any, will be due on September 8, 2020.

IT IS SO STIPULATED.

                                  McGREGOR W. SCOTT
                                  United States Attorney

Dated: August 20, 2020

                                  */s/ Cameron L. Desmond*
                                  JASON HITT
                                  CAMERON L. DESMOND
                                  Assistant United States Attorneys

Dated: August 20, 2020                    /s/ *Michael Long*
                                  MICHAEL LONG
                                  Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 168, is due on September 1, 2020;

    b)    The defense reply, if any, will be due on September 8, 2020.

IT IS SO ORDERED.

DATED: August 21, 2020

                                                                        Troy L. Nunley  
                                                                       United States District Judge