McGREGOR W. SCOTT
United States Attorney
JASON HITT
CAMERON L. DESMOND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>CHARLES RAY GOODMAN,<br><br>             Defendant. | CASE NO. 2:17-CR-00023-TLN<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.  Defendant Charles Goodman filed a motion for reduction in sentence and compassionate release on August 13, 2020. Docket No. 168. The government's response is due by September 1, 2020, and any reply due August September 8, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2.  Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 168, be due on September 4, 2020; and

    b) The defense reply, if any, will be due on September 11, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: August 31, 2020

*/s/ Cameron L. Desmond*
JASON HITT
CAMERON L. DESMOND
Assistant United States Attorneys

Dated: August 31, 2020

/s/ *Michael Long*
MICHAEL LONG
Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a) The government's opposition or response to defendant's motion, Docket No. 168, is due on September 4, 2020;

    b) The defense reply, if any, will be due on September 11, 2020.

IT IS SO ORDERED.

DATED: August 31, 2020

Troy L. Nunley
United States District Judge