UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>CHARLES GOODMAN,<br><br>             Defendant. | CASE NO.  2:17-CR-00023-TLN<br><br>**ORDER** |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Requests to Seal, IT IS HEREBY ORDERED that Exhibits C, D, and K to Defendant's Motion for Compassionate Release shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's requests, sealing these documents serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.  In light of the public filing of its notice of requests to seal, the Court further finds that there are no additional alternatives to sealing Defendant's exhibits that would adequately protect the compelling

interests identified by Defendant.

IT IS SO ORDERED.

DATED: September 14, 2020

                                                 Troy L. Nunley
                                                 United States District Judge